UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| ANNA F. COLE, Individually and as Administratrix of the Estate of GEORGE COLE<br><br>Plaintiff,<br>v.<br><br>ORION MARION, LLC d/b/a CRITTENDEN COUNTY HEALTH & REHABILITATION CENTER, ORION OPERATING SERVICES, LLC AND ATRIUM CENTERS, LLC<br><br>Defendants, | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 5:14CV-59-R<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Come Orion Marion, LLC d/b/a Crittenden County Health & Rehabilitation Center, Orion Operating Services, LLC and Atrium Centers, LLC, by and through undersigned counsel, and respectfully file this Notice of Removal of state action 14-CI-00021 now pending in the Commonwealth of Kentucky, Crittenden Circuit Court, to this United States District Court for the Western District of Kentucky Paducah Division, and consistent with the provisions of 28 U.S.C.A. §1446, provide this "short and plain statement" of the grounds for removal:

1.     The above-referenced state civil action was commenced by the filing of a Complaint by the Plaintiff, Anna F. Cole, Individually and as Administratrix of the Estate of George Cole, in the Commonwealth of Kentucky, Crittenden County Circuit Court on or about February 27, 2014.  Orion Marion, LLC d/b/a Crittenden County Health & Rehabilitation Center, Orion Operating Services, LLC and Atrium Centers, LLC ("Defendants") are the Defendants named in that Complaint and were served with process on or about March 4, 2014.  The Defendants timely Answered the Complaint on March 24 2014.

2. In said action, the Plaintiff alleges that the Defendants provided negligent nursing home care and treatment to George Cole and seeks compensatory and punitive monetary damages for injuries allegedly caused by Defendants' negligent acts or omissions.

3. According to the Complaint, the Plaintiff is a citizen and domiciliary of State of Kentucky.

4. At all times relevant to said action to date, Defendant Orion Operating Services, LLC, states that it is a citizen of Delaware, as it was organized under the laws of Delaware, a citizen of Ohio, as Ohio is the state where it has its principal place of business, and its sole member, Atrium Centers, Inc. is a citizen of Delaware, its place of incorporation, and Ohio, its principal place of business.

5. At all times relevant to said action to date, Defendant Orion Marion, LLC d/b/a Crittenden County Health & Rehabilitation Center, states that it is a citizen of Delaware, as it was organized under the laws of Delaware, a citizen of Ohio, as Ohio is the state where it has its principal place of business, and its sole member is Orion Operating Services, LLC, whose sole member is Atrium Centers, Inc., a citizen of Delaware, its place of incorporation, and Ohio, its principal place of business.

6. The matter in controversy set forth in the Complaint is monetary in character and, though unspecified, more likely than not exceeds the sum or value of seventy-five thousand dollars ($75,000), exclusive of interest and costs.  Please see **Exhibit A**.

7. Under 28 U.S.C.A. §1332, the matter in controversy and the diversity of citizenship of the parties are sufficient to confer original jurisdiction over said action to the United States District Court for the Western District of Kentucky, Paducah Division.

8. As set forth herein, said action is a cause removable from the Crittenden Circuit Court to the United States District Court for the Western District of Kentucky, Paducah Division, under the provisions of 28 U.S.C.A. §§1332, 1441, and 1446.

9. Copies of all process, pleadings, and orders served by and upon the Defendants in said action are filed herewith and attached hereto as Exhibit A, including a notice in compliance with 28 U.S.C.A. §1446(d) to the Crittenden Circuit Court and all adverse parties of the filing of this Notice of Removal.

WHEREFORE, the Defendants notify this Honorable Court of the removal of said action from the Commonwealth of Kentucky, Crittenden Circuit Court, to this Court and respectfully request that this Court make such orders in the future as it deems appropriate.

Respectfully submitted,

/s/ *Craig L. Johnson*
Craig L. Johnson
WHONSETLER & JOHNSON, PLLC
11901 Brinley Avenue
Louisville, KY 40243
Phone: (502) 895-2297
Fax: (502) 895-9764
Email: johnson@whonsetler.com
*Counsel for Defendants, Orion Marion, LLC d/b/a Crittenden County Health & Rehabilitation Center, Orion Operating Services, LLC and Atrium Centers, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 3, 2014**, a copy of the foregoing **NOTICE OF REMOVAL** was filed electronically through the ECF system and mailed to the following:

David C. Troutman, Esq.
Mark Edwards, Esq.
Edwards & Kautz, PLLC
222 Walter Jetton Blvd.
P. O. Box 1837
Paducah, KY 42002
*Counsel for Plaintiff*

Clerk, Crittenden Circuit Court
202 Courthouse
107 S. Main Street
Marion, KY 42064


/s/ Craig L. Johnson
Craig L. Johnson, Esq.